# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| USI Insurance Services, LLC, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Lesley Bentz, Ashley Farthing, Daniel Werner, Jared Fisher, and Martin Fisher, | ) | Case No. 1:18-cv-255 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on January 2, 2019. Pursuant to its discussions with the parties, the court **ORDERS**:

1. Counsel has a mutual obligation to advise their respective clients of the need to preserve emails and other relevant documents. And, if that has not been done so in writing, plaintiff's counsel and defense counsel shall do so forthwith.

2. Pursuant to Fed. R. Civ. P. 26(d)(1), the parties may immediately commence discovery.

3. Defendants shall have until February 8, 2019, to file an answer, motion to dismiss, or other response to plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court