# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| USI Insurance Services, LLC, | ) | |
| | ) | **ORDER RE STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lesley Bentz, Ashley Farthing, Daniel Werner, Jared Fisher, and Martin Fisher, | ) ) | |
| | ) | Case No. 1:18-cv-255 |
| Defendants. | ) | |

The Magistrate Judge shall hold a status conference with the parties on July 2, 2019, at 2:00 p.m. in the Magistrate Judge's conference room in Bismarck.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2019.

                                                                      */s/ Clare R. Hochhalter*
                                                                      Clare R. Hochhalter, Magistrate Judge
                                                                      United States District Court