**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| USI Insurance Services LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO AMEND SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| Lesley Bentz, et al., | ) | Case No. 1:18-cv-255 |
| | ) | |
| Defendants. | ) | |

On July 14, 2020, the parties filed a Joint Stipulation to Amend Scheduling Order. The court **ADOPTS** the parties' stipulation and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until October 30, 2020, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    A. Plaintiff's expert disclosures are due by November 4, 2020.

    B. Defendant's expert disclosures are due by December 14, 2020.

3. The parties shall have until January 15, 2021. to complete discovery depositions of expert witnesses.

4. The parties shall have until February 1, 2021, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 15th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court