# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| USI Insurance Services, LLC, | ) |
| Plaintiff, | ) **ORDER ADOPTING JOINT** |
| | ) **STIPULATION TO AMEND** |
| vs. | ) **SCHEDULING ORDER** |
| Lesley Bentz, Ashley Farthing, Daniel Werner, Jared Fisher, Martin Fisher, and Choice Financial Group, | ) |
| | ) Case No. 1:18-cv-255 |
| Defendants. | ) |

On December 14, 2020, the parties filed a Joint Stipulation to Amend Scheduling Order. The court **ADOPTS** the parties' stipulation (Doc. No. 170) and amends the pretrial deadlines as follows:

1. The parties shall have until April 8, 2021, to complete depositions of fact witnesses and file non-dispositive motions.

2. Plaintiffs shall have until April 12, 2021, to provide the names of expert witnesses and complete reports.

3. Defendants shall have until May 24, 2021, to provide the names of expert witnesses and complete reports.

4. The parties shall have until June 20, 2021, to conduct discovery depositions of expert witnesses.

5. The parties shall have until July 4, 2021, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 16th day of December, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court