IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| USI Insurance Services, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING JOINT** |
| | ) | **STIPULATION TO AMEND** |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| Lesley Bentz, Ashley Farthing, Daniel Werner, Jared Fisher, Martin Fisher, and Choice Financial Group, | ) ) ) | Case No. 1:18-cv-255 |
| | ) | |
| Defendants. | ) | |

On March 4, 2021, the parties filed a Joint Stipulation to Amend Scheduling Order. The court **ADOPTS** the parties' stipulation (Doc. No. 182) and amends the pretrial deadlines as follows:

1. The parties shall have until June 11, 2021, to complete depositions of fact witnesses and file non-dispositive motions.

2. Plaintiffs shall have until June 25, 2021, to provide the names of expert witnesses and complete reports.

3. Defendants shall have until August 9, 2021, to provide the names of expert witnesses and complete reports.

4. The parties shall have until September 15, 2021, to conduct discovery depositions of expert witnesses.

5. The parties shall have until September 30, 2021, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for September 15, 2021, shall be rescheduled for February 15, 2022, at 9:00 a.m. by telephone before the magistrate judge. To participate in the conference, the parties

are to call (877) 810-9415 and enter access code 8992581. The jury trial set for September 27, 2021, shall be rescheduled for February 28, 2022, at 9:00 a.m. in Bismarck (Eagle Courtroom) before Judge Hovland. A ten (10) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court