# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| USI Insurance Services LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lesley Bentz, Ashley Farthing, Daniel | ) | |
| Werner, Jared Fisher, Martin Fisher, and | ) | Case No. 1:18-cv-255 |
| Choice Financial Group, | ) | |
| | ) | |
| Defendants. | ) | |

On May 18, 2021, the parties filed a Joint Stipulation to Amend Scheduling Order.  The court

**ADOPTS** the parties' stipulation (Doc. No. 189) and amends the pretrial deadlines as follows.

1.      The parties shall have until July 12, 2021, to complete depositions of fact witnesses and to file non-dispositive motions.

2.      Plaintiff shall have until July 26, 2021, to provide the names of expert witnesses and complete reports under Rule 26(a)(2).

3.      Defendant shall have until September 9, 2021, to provide the names of expert witnesses and complete reports under Rule 26(a)(2).

4.      The parties shall have until October 15, 2021, to conduct discovery depositions of expert witnesses.

5.      The parties shall have until November 1, 2021, to file other dispositive motions (summary judgment as to all or part of the case).

The parties have not requested a continuance of the trial scheduled for February 28, 2022.  However,

to ensure that it has sufficient time to review and address any dispositive motions they parties may

file, the court on its own motion shall reschedule the trial for a later date.  Accordingly, the trial scheduled for February 28, 2022, shall be rescheduled for April 25, 2022, at 9:00 AM in Bismarck before Judge Hovland.  A ten (10) day trial is anticipated.  The final pretrial conference set for February 15, 2022, shall be rescheduled for April 12, 2022, at 9:00 AM by telephone before the magistrate judge.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 19th day of May, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court