# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| USI Insurance Services LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lesley Bentz, Ashley Farthing, Daniel Werner, Jared Fischer, Martin Fischer, and Choice Financial Group, | ) ) ) | Case No. 1:18-cv-255 |
| | ) | |
| Defendants. | ) | |

On July 8, 2021, defendants contacted the court vial emailed letter to advise of a discovery dispute between the parties and to request a status conference pursuant D.N.D. Civ. L.R..37.1(B). Pursuant to this letter and subsequent communication the parties have had with the court via letter, see e.g. Doc. No. 191, and email, the court **ORDERS** as follows:

1. The court shall scheduled a status conference re the discover dispute with the parties by telephone on July 30, 2021, at 9:00 AM. To participate in the status conference, the parties should call (887) 810-9415 and enter access code 8992581.

2. The parties' respective expert disclosure deadlines shall be extended twenty-eight (28) days, with the understanding that they may be extended further following the status conference on July 30, 2021. Accordingly, plaintiff's expert disclosures are due by August 23, 2021. Defendants' expert disclosure are due by October 27, 2021.

Dated this 12th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court